People v Garrett

2026 NY Slip Op 02595

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

MARQUES GARRETT, DEFENDANT-APPELLANT.

Decided on April 24, 2026

KA 24-01571.

Present: Whalen, P.J., Lindley, Curran, Bannister, And Montour, JJ. (Filed Apr. 24, 2026.)

[*1]

MEMORANDUM AND ORDER

Motion to dismiss appeal granted. Matter remitted to Supreme Court, Erie County, to vacate judgment of conviction and dismiss indictment (see People v Matteson, 75 NY2d 745, 747 [1989]).